1  RANDALL S. FARRIMOND (CSB #095281)
   FARRIMOND LAW OFFICES
2  a Professional Corporation
   44 Montgomery Street, Suite 3850
3  San Francisco, CA 94104
   Telephone: 415-362-4900
4  Facsimile: 415-362-4901
   E-mail: rfarrimond@farrimondlaw.com
5
   Attorneys for Defendants
6  LUFTHANSA GERMAN AIRLINES,
    aka DEUTSCHE LUFTHANSA, AG
7  & UNITED AIRLINES, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 KATHLEEN BLAKESLEE,              ) Case No. C05-03474 CRB ADR
                                    )
13         Plaintiff,               ) **APPLICATION TO CONTINUE CASE**
                                    ) **MANAGEMENT CONFERENCE and**
14     vs.                          ) [proposed] **ORDER**
                                    )
15 UNITED AIRLINES, INC., DEUTSCHE  ) Date: February 17, 2006
   LUFTHANSA AG                     ) Time: 8:30 a.m.
16                                  )
           Defendants               )
17                                  )
                                    )
18                                  )

19

20     This matter is set for a further case management conference on February 17, 2006, at 8:30 a.m.

21 Counsel for all parties are in agreement that it would be appropriate to continue the conference for one

22 week in order to permit completion of the deposition of the plaintiff which is also set for tomorrow,

23 February 17, 2006.  Therefore we respectfully request, with the concurrence of the plaintiff's counsel,

24 /

25 /

26 /

27 /

28 /

APPLICATION AND [proposed] ORDER RE CMC,    No. C05-03474 CRB ADR        - 1 -

1   that the further case management conference be continued to February 24, 2006, at 8:30 a.m.

2   Dated: February 16, 2006                            FARRIMOND LAW OFFICES

3

4                                                    s/ Randall S. Farrimond
                                                     RANDALL S. FARRIMOND
5                                                    Attorneys for Defendants
                                                     LUFTHANSA GERMAN AIRLINES,
6                                                      aka DEUTSCHE LUFTHANSA, AG
                                                     & UNITED AIRLINES, INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1              [PROPOSED] ORDER

2      Upon application of the parties, and good cause appearing, IT IS ORDERED that the further

3  Case Management Conference in this case be continued to February 24, 2006, at 8:30 a.m.

4

5  Dated: February 16, 2006



Honorable CHARLES R. BREYER,
Judge, United States District Court

APPLICATION AND [proposed] ORDER RE CMC,   No. C05-03474 CRB ADR              - 3 -