RANDALL S. FARRIMOND (CSB #095281)
FARRIMOND LAW OFFICES
a Professional Corporation
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: 415-362-4900
Facsimile: 415-362-4901
E-mail: rfarrimond@farrimondlaw.com

Attorneys for Defendants
LUFTHANSA GERMAN AIRLINES,
 aka DEUTSCHE LUFTHANSA, AG
& UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN BLAKESLEE, | Case No. C05-03474 CRB ADR |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE OR TO PERMIT TELEPHONE APPEARANCE and [proposed] ORDER** |
| vs. | |
| UNITED AIRLINES, INC., DEUTSCHE LUFTHANSA AG | Date: June 16, 2006<br>Time: 8:30 a.m. |
| Defendants | |

This matter is set for a further case management conference on June 16, 2006, at 8:30 a.m. Counsel for all parties are in agreement that it would be appropriate to continue the conference for one week to June 23, 2006, because Randall Farrimond, lead counsel for the defendants, will be in Vancouver, British Columbia on that date. In the alternative, Mr. Farrimond requests that he be permitted to appear at the conference by telephone and he can be available to do so at 604-921-9610. Plaintiff has no objection to Mr. Farrimond appearing by telephone. Therefore the parties stipulate and respectfully request that the Case Management Conference be continued to June 23, 2006, at 8:30 a.m. or in the alternative that Mr. Farrimond be permitted to appear by telephone.

/

STIPULATION AND [proposed] ORDER RE CMC,   No. C05-03474 CRB ADR            - 1 -

1 | So stipulated:

2 | Dated: June 12, 2006                                              STERNS & WALKER

3

4 |                                                                                   s/ Eric M. Steinle
  |                                                                                   ERIC M. STEINLE
5 |                                                                                   Attorneys for Plaintiff
  |                                                                                   KATHLEEN BLAKESLEE
6

7 | Dated: June 12, 2006                                              FARRIMOND LAW OFFICES

8

9 |                                                                                   s/ Randall S. Farrimond
  |                                                                                   RANDALL S. FARRIMOND
10|                                                                                   Attorneys for Defendants
  |                                                                                   LUFTHANSA GERMAN AIRLINES,
11|                                                                                    aka DEUTSCHE LUFTHANSA, AG
  |                                                                                   & UNITED AIRLINES, INC.
12

13 | ATTESTATION OF SIGNATURE:

14 |     I attest under penalty of perjury under the laws of the United States of America that I have

15 | received the concurrence in the filing of this document from the listed signatory as

16 | required by General Order No. 45 (X)(B).

17 | Dated: June 12, 2006

18 |                                                                                   /s/ Randall S. Farrimond
  |                                                                                   RANDALL S. FARRIMOND
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [proposed] ORDER RE CMC,   No. C05-03474 CRB ADR           - 2 -

1  [~~PROPOSED~~] ORDER

2  Upon stipulation of the parties, and good cause appearing, IT IS ORDERED that [~~the further~~
3  ~~Case Management Conference in this case be continued to June 23, 2006, at 8:30 a.m.~~] [or] [Randall
4  Farrimond is permitted to appear by telephone at the Case Management Conference set for June 16,
5  2006, and will be available at 604-921-9610.]

7  Dated: June  13 , 2006



Honorable CHARLES R. BREYER
Judge, United States District Court

STIPULATION AND [proposed] ORDER RE CMC,   No. C05-03474 CRB ADR        - 3 -